# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

| | |
|---|---|
| A United States Postal Service Express Mail Parcel bearing # EI027419184US. A 24" x 18" x 18" parcel weighing approx. 23 lbs, 14 oz, bearing $140.60 in postage. The parcel bears a handwritten label addressed to "Ishmal Vaughn, 3292 N. 48th St., Milwaukee, WI 53216," with a return address of "Antique Collectables, 601 N. Oak St., Ukiah, CA 95482." The parcel was mailed on July 10, 2013. | Case Number: 13-880M (NJ) |

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A United States Postal Service Express Mail Parcel bearing # EI027419184US. A 24" x 18" x 18" parcel weighing approx. 23 lbs, 14 oz, bearing $140.60 in postage. The parcel bears a handwritten label addressed to "Ishmal Vaughn, 3292 N. 48th St., Milwaukee, WI 53216," with a return address of "Antique Collectables, 601 N. Oak St., Ukiah, CA 95482." The parcel was mailed on July 10, 2013.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 26___, 2013
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Nancy Joseph.

Date and time issued ___July 12, 2013; 4:35 p.m.___

Judge's signature

City and state: Milwaukee, Wisconsin

THE HONORABLE NANCY JOSEPH
United States Magistrate Judge
Name & Title of Judicial Officer

# RETURN

| Case No. 1946226 | Date and time Warrant executed 7/12/2013 6:45pm | Copy of warrant and inventory left with: Postmaster |
|---|---|---|

Inventory made in the presence of **D.J. Kakonis, Dets Eugene Nagler**

Inventory of person or property taken and name of any person(s) seized:

Package described on face of warrant
Bubble wrap
Rubbermaid 18 gallon plastic container
12 bundles of green leafy substance sealed in plastic wrap and food saver bags. Total weight of 12 bundles was 7334 grams

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/06/2013

_(Executing officer's signature)_

Daniel J. Kakonis  Postal Inspector
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_    8/6/13 _(Date)_